1
2
3
4               JS-6
5
6
7
8         UNITED STATES DISTRICT COURT
9         CENTRAL DISTRICT OF CALIFORNIA
10
11   DAWN DEANNE E.,      Case No. 2:20-CV-05731 KES
12      Plaintiff,
13     v.         **JUDGMENT**
14   ANDREW M. SAUL, Commissioner of
   Social Security,
15
16       Defendant.
17
18     IT IS HEREBY ADJUDGED that, for the reasons set forth in the
19 Memorandum Opinion and Order, the decision of the Commissioner of the Social
20 Security Administration is affirmed and this action is dismissed with prejudice.
21
22 DATED:  April 26, 2021
23
24           _Karen E. Scott_
           KAREN E. SCOTT
25            United States Magistrate Judge
26
27
28