JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| DAWN DEANNA ERWIN, | Case No.: 2:20-cv-05731-KES |
| Plaintiff, | |
| vs. | JUDGMENT |
| KILOLO KIJAKAZI, Acting Commissioner of Social Security, | |
| Defendant. | |

The decision of the Commissioner of the Social Security is reversed and remanded to the Commissioner for further administrative proceedings pursuant to the terms in the parties' joint motion for remand.

IT IS SO ADJUDGED AND DECREED.

DATE: November 19, 2021

*(signed) Karen E. Scott*

THE HONORABLE KAREN E. SCOTT
UNITED STATES MAGISTRATE JUDGE

| | |
|---|---|
| 1 | Respectfully submitted, |
| | LAW OFFICES OF LAWRENCE D. ROHLFING |
| 2 | |
| 3 | /s/ *Brian C. Shapiro* |
| 4 | _____ |
| 5 | Brian C. Shapiro |
| | Attorney for plaintiff Dawn Deanna Erwin |
| 6 | |
| 7 | |
| 8 | TRACY WILKISON |
| 9 | Acting United States Attorney |
| | DAVID M. HARRIS |
| 10 | Assistant United States Attorney |
| | Chief, Civil Division |
| 11 | CEDINA M. KIM |
| 12 | Assistant United States Attorney |
| | Senior Trial Attorney, Civil Division |
| 13 | |
| 14 | /s/ *Michael Marriot* |
| 15 | |
| | _____ |
| 16 | MICHAEL MARRIOT |
| | Special Assistant United States Attorney |
| 17 | Attorneys for Defendant KILOLO KIJAKAZI, |
| | Acting Commissioner of Social Security |
| 18 | (Per e-mail authorization) |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |